UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDELL R. DIAZ,<br><br>                        Plaintiff,<br><br>      -against-<br><br>MB USA, ET AL.,<br><br>                        Defendants. | 21-CV-7096 (LTS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued September 24, 2021, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      SO ORDERED.

Dated:   September 24, 2021
           New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                         Chief United States District Judge